IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONN INVESTMENTS, LLC and
CHERRY POINT MALL, LLC,

                      Plaintiffs,

  v.

WELLS FARGO & COMPANY and
THOMAS MARTIN,

                      Defendants.

ORDER

08-cv-223-slc

---

      Because my daughter's EdVest college trust fund now contains bonds issued by Wells Fargo, I am recusing myself from this case to avoid the appearance of impropriety.  The clerk is to reassign this case to the Hon. Barbara B. Crabb, who will undertake immediate review of the pending summary judgment motion.

      Entered this 25th day of April, 2009.

                                BY THE COURT:

                                /s/
                                _____
                                STEPHEN L. CROCKER
                                Magistrate Judge