IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WISCONN INVESTMENTS, LLC and
CHERRY POINT MALL, LLC,

                                                 ORDER

               Plaintiffs,

                                             08-cv-223-bbc

    v.

WELLS FARGO COMPANY and
THOMAS MARTIN,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Pursuant to 28 U.S.C. § 455, I am disqualifying myself in this proceeding.

    Entered this 14th day of May, 2009.

                                       BY THE COURT:

                                       /s/

                                     _____
                                     BARBARA B. CRABB
                                     District Judge