# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

**WISCONN INVESTMENTS LLC, and**
**CHERRY POINT MALL, LLC**
       **Plaintiffs,**

**v.**                                                                             08-C-0223

**WELLS FARGO BANK, N.A., and**
**THOMAS MARTIN**
       **Defendants.**

---

## ORDER

So that I can independently verify that I have subject matter jurisdiction over this action, defendant Wells Fargo Bank, N.A. is ordered to submit an affidavit identifying the location of its main office, as designated in its articles of association.  See Wachovia Bank v. Schmidt, 546 U.S. 303, 307 (2006).  This affidavit shall be filed within ten days of the date of this order.

**SO ORDERED** at Milwaukee, Wisconsin, this 5 day of June, 2009.

                                                         /s_____
                                                         LYNN ADELMAN
                                                        District Judge